# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PRIMROSE CAPUPUS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., FIRST PREMIER BANK, and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. 2:18-cv-00346-MCE-CKD<br><br>[Assigned for All Purposes to the Hon. Morrison C. England, Jr.]<br><br>**ORDER GRANTING DEFENDANT FIRST PREMIER BANK'S MOTION TO COMPEL ARBITRATION AND STAY THE COURT ACTION**<br><br>Date:    May 3, 2018<br>Time:   2:00 p.m.<br>Crtrm:  7<br><br>Action Filed:    February 13, 2018 |

Defendant FIRST PREMIER BANK'S Motion to Compel Arbitration and Stay the Court Action was filed on March 6, 2018 and was scheduled for hearing on May 3, 2018. On April 5, 2018, Plaintiff filed a Statement of Non-Opposition to Defendant's Motion. Given that non-opposition, and good cause appearing,

    1)    First Premier Bank's Motion to Compel Arbitration and Stay (ECF No. 8) is GRANTED; and

2) Plaintiff Primrose Capupus' Complaint naming First Premier Bank as a Defendant shall be stayed until the completion of arbitration proceedings.

IT IS SO ORDERED.

Dated: April 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE